

Wednesday, November 16, 2011

No. 12–0096/NA. U.S. v. John Cummings, Jr. CCA 201000623. On consideration of the motions filed by Lieutenant Michael Hanzel for leave to withdraw as appellate defense counsel, it appears that the Judge Advocate General has assigned other counsel to represent Appellants and the new attorneys have assumed the representation of said Appellants. Accordingly, it is ordered that said motions are hereby granted.

No. 12–6001/AF. U.S. v. Scott M. Dease, Jr. CCA 2011–04. Appellant's motions to reply to answer and to reply to opposition to motion to stay out of time are hereby denied as moot.